JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS MARTIN, | Case No. CV 15-1064 FMO (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HOMELAND INSURANCE COMPANY OF NEW YORK, | |
| Defendant. | |

Pursuant to the court's order granting defendant's motion for summary judgment, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 17th day of March, 2016.


_____
/s/
Fernando M. Olguin
United States District Judge